UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL SPAFFORD, JR., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ECHOSTAR COMMUNICATIONS CORPORATION, et al.,<br><br>   Defendants. | CASE NO. C06-479JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Defendants' request (Dkt. # 9) that the clerk certify to the Attorney General of the State of Washington that Defendants have called into question the constitutionality of a state statute affecting the public interest in its pending motion to dismiss (Dkt. # 7). Pursuant to Fed. R. Civ. P. 24(c) and 28 U.S.C. § 2403(b), this court is required to provide adequate notice to the Attorney General of such a challenge. Fordyce v. City of Seattle, 55 F.3d 436, 442 (9th Cir. 1995). Accordingly, the court directs the clerk to send a copy of this minute order as well as a copy of Defendants' request (Dkt. # 9), pending motion (Dkt. # 7), and supporting papers (Dkt. # 6) to the Office of the Attorney General: 1125 Washington St. SE, PO BOX 40100, Olympia, WA 98504-0100.

MINUTE ORDER – 1

Filed and entered this 15th day of May, 2006.

                                   BRUCE RIFKIN, Clerk

                                        s/Mary Duett
                              By
                                        Deputy Clerk

MINUTE ORDER – 2